**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-01239-REB-MJW

LABNET, INC.,

      Plaintiff,

v.

QUINTILONE & ASSOCIATES, and
RICHARD E. QUINTILONE, an individual,

      Defendants.

**AMENDED
ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

      This matter comes before the Court, *sua sponte*.

      **IT IS ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(A)-(C), Fed. R. Civ. P. 72 and D.C.COLO.LCivR 72.1C, the United States Magistrate is designated to conduct proceedings in this civil action as follows:

- (X)    Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

- (X)    Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

- (X)    Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

- (X)    Hear and determine pretrial matters, as referred.

- (X)    Conduct a pretrial conference and enter a pretrial order.

      **IT IS FURTHER ORDERED that parties and counsel shall be familiar and comply with the undersigned judge's requirements at www.cod.uscourts.gov.**

      Dated September 10, 2009, at Denver, Colorado.

                            BY THE COURT:

                            */s/ Bob Blackburn*
                            Robert E. Blackburn
                            United States District Judge