**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01239-REB-MJW

LABNET, INC.,

    Plaintiff,

v.

QUINTILONE & ASSOCIATES, and
RICHARD E. QUINTILONE, an individual,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on **Defendant Richard E. Quintilone dba Quintilone & Associates Motion To Transfer Venue To The Central District of California; Declaration of Richard E. Quintilone** [#14] filed September 10, 2009. The motion is **STRICKEN** for failure to comply with REB Civ. Practice Standard V.B.1.

    Dated: September 11, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.