**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-01239-REB-MJW

LABNET, INC.,

    Plaintiff,

v.

QUINTILONE & ASSOCIATES, and
RICHARD E. QUINTILONE, an individual,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me the **Joint Stipulation For Dismissal, With Prejudice** [#23] filed November 6, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Joint Stipulation For Dismissal, With Prejudice** [#23] filed November 6, 2009, is **APPROVED**;

    2.  That the Trial Preparation Conference set for June 4, 2010, is **VACATED**;

    3.  That the jury trial set to commence June 21, 2010, is **VACATED**; and

      4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated November 9, 2009, at Denver, Colorado.

      BY THE COURT:

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge